BALDWINSVILLE STATE BANK, Appellant, *v.* VELVIT KNIT CORPORATION et al., Defendants, and GEORGE REINHARDT et al.. Respondents.

(Argued December 12, 1935; decided January 8, 1936.)

*D. Charles O'Brien* and *Francis Preston* for appellant.
*Jerome K. Cheney* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.